# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER, | CASE NO. 1:12-cv-01658–LJO-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, AND DISMISSING ACTION, WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $350.00 FILING FEE IN FULL |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | (ECF Nos. 1 and 2) |
| _____/ | |

Plaintiff Daniel Harper, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 10, 2012.  Plaintiff seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  Plaintiff is subject to section 1915(g) and is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

---

[1] The Court takes judicial notice of case numbers 2:07-cv-01158 Harper v. Wilcox (E.D. Cal) (dismissed 1/28/08 for failure to state a claim); 2:07-cv-02166 Harper v. Williams (E.D. Cal.) (dismissed 6/3/08 for failure to state a claim); 2:08-cv-02526 Harper v. Morgan (E.D. Cal.) (dismissed 6/16/09 for failure to state a claim); 2:07-cv-02149 (E.D. Cal.) (dismissed 8/31/09 for failure to state a claim).

1

1   The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the

2   imminent danger exception.[2] <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1053 (9th Cir. 2007).  Because

3   Plaintiff alleges no facts supporting a finding that he is under imminent danger of serious physical

4   injury, Plaintiff is ineligible to proceed in forma pauperis in this action.

5        Accordingly, it is HEREBY ORDERED that:

6       1.     Plaintiff's motion for leave to proceed in forma pauperis in this action is denied; and

7       2.     This action is dismissed, without prejudice, for refiling with the submission of the

8             $350.00 filing fee in full.

9   IT IS SO ORDERED.

10  **Dated:    October 12, 2012**             **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

---

[2]Plaintiff's allegations that he was referred to a specialist who removed a growth from his back and took a sample from a growth on his head on September 5, 2012, and the growth on his back is growing back are insufficient to show meet the imminent danger requirement.

2